# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GIL, | CASE NO. 1:09-CV-00552-AWI-DLB PC |
|            Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION REGARDING POWER OF ATTORNEY |
|   v. | (DOC. 37) |
| JAMES A. YATES, et al., | |
|            Defendants. | |
| _____/ | |

Plaintiff Francisco Gil ("Plaintiff") is a former state prisoner, proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for authorization of power of attorney for his brother.  Plaintiff contends that he is currently residing in Mexico, and that mail is slow and unreliable from the Court to Plaintiff's residence.  Plaintiff requests that the Court allow Plaintiff's brother, who resides in California, to act on Plaintiff's behalf in this action.  Plaintiff requests that his brother be allowed to use the Court's Electronic Case Filing system.

Non-attorneys may not represent anyone other than himself or herself in Court.  *See Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.3d 696, 697 (9th Cir. 1987).  Accordingly, it is HEREBY ORDERED that Plaintiff's request to designate his brother, a non-attorney, as his attorney-in-fact is DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2011**                    _____**/s/ Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE