# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GIL,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES A. YATES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-CV-00552-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR ACCESS TO LAW LIBRARY AS MOOT<br><br>(Documents #33 & #41) |

   Plaintiff Francisco Gil ("Plaintiff") is a former California state prisoner.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendant Amadi. On April 9, 2010, Plaintiff filed a motion for access to the law library.  Doc. 33.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 6, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days.  Plaintiff did not file a timely Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 6, 2011, is adopted in full; and
2. Plaintiff's motion for access to the law library, filed April 9, 2010, is denied as moot.

IT IS SO ORDERED.

Dated:     March 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE