# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GIL, | CASE NO. 1:09-CV-00552-AWI-DLB PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME (DOCS. 35, 53) |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff Francisco Gil ("Plaintiff") was formerly a California state prisoner. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant Amadi for deliberate indifference in violation of the Eighth Amendment and negligence. Pending before the Court are: 1) Plaintiff's motion for extension of time, filed October 4, 2010, and 2) Plaintiff's motion for extension of time, filed August 24, 2011. Docs. 35, 53.

In Plaintiff's October 4, 2010 motion, Plaintiff requests an extension of time to respond to any court orders. Plaintiff declares that he had recently been deported to Mexico. However, at the time Plaintiff filed his motion, there were no orders to which the Court required a response. Accordingly, Plaintiff's October 4, 2010 motion is DISREGARDED.

In Plaintiff's August 24, 2011 motion, Plaintiff requests an extension of time to oppose Defendant's motion for summary judgment, if any. However, no such motion has been filed. Defendant has yet to answer Plaintiff's complaint or file any responsive pleading. Accordingly, Plaintiff's August 24, 2011 motion is DISREGARDED.

IT IS SO ORDERED.

Dated:   September 2, 2011            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

1